FILED

12/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0427

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 22-0427

------------------------------------------------------------------------------------------------

MISSOULA COUNTY,

Plaintiff, Appellant,

v.

STATE OF MONTANA; MONTANA
DEPARTMENT OF CORRECTIONS; and BRIAN
GOOTKIN, in his official capacity as the Director
of the Montana Department of Corrections,

Defendants, Appellees.

------------------------------------------------------------------------------------------------

On Appeal from the Montana First Judicial District
Lewis and Clark County Cause No. ADV-2020-588
Honorable Judge Mike Menahan

## ORDER GRANTING EXTENSION TO FILE OPENING BRIEF

------------------------------------------------------------------------------------------------

APPEARANCES:

Brian J. West
Dylan Jaicks
Civil Deputy County Attorneys
Missoula County Attorney's Office
200 W. Broadway St.
Missoula, MT 59802
bwest@missoulacounty.us
djaicks@missoulacounty.us
*Attorneys for Appellant Missoula County*

Colleen E. Ambrose
Montana Department of Corrections
P.O. Box 201301
Helena, MT 59620-1301
cambrose@mt.gov
*Attorney for Appellees*

Upon unopposed motion of Appellant Missoula County for an extension of time to file its Opening Brief, and there being no objection from opposing Counsel,

IT IS HEREBY ORDERED Appellant Missoula County is granted a sixty (60) day extension, up to and including March 10, 2023, within which to file its Opening Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

**ORDER GRANTING EXTENSION TO FILE OPENING BRIEF**                2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 28 2022